```
          DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN
```

CHRIS CARTY,                         )
                                     )
       Petitioner,          )
                                     )
    v.                             )   Civil No. 2015-61
                                     )
GILBERT DAVID, in his capacity       )
as Prison Warden,                    )
                                     )
       Respondent.          )
                                     )

APPEARANCES:

**Wilnick Dorval**
St. Thomas, U.S.V.I.
    *Pro se petitioner,*

**Claude E. Walker, AG**
**Pamela R Tepper, AAG**
**Su-Layne U. Walker, AAG**
V.I. Department of Justice
St. Thomas, U.S.V.I.
    *For the Gilbert David,*

## ORDER

**GÓMEZ, J.**

    Before the Court is the Report and Recommendation of the Magistrate Judge recommending that the Court deny Gilbert David's motion to dismiss for lack of jurisdiction.

    Upon de novo review of the record, the Court agrees with the Magistrate's Report and Recommendations.

    The premises considered, it is hereby

    **ORDERED** that the Report and Recommendation of the

Magistrate Judge is **ADOPTED**; it is further

    **ORDERED** that Gilbert David's motion to dismiss docketed at ECF Number 36 is **DENIED;** and it is further

    **ORDERED** that Gilbert David provide an appropriate response to Chris Carty's petition no later than 3:00 P.M. on October 31, 2016.

    S\_____
        **CURTIS V. GÓMEZ**
        **District Judge**