DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

```
CHRIS CARTY,                       )
                                   )
          Petitioner,              )
                                   )
     v.                            )   Civil No. 2015-61
                                   )
GILBERT DAVID, in his capacity     )
as Prison Warden,                  )
                                   )
          Respondent.              )
                                   )
```

**APPEARANCES:**

**Chris Carty**
Pound, VA
    *Pro se petitioner,*

**Claude E. Walker, AG**
**Pamela R Tepper, AAG**
**Su-Layne U. Walker, AAG**
V.I. Department of Justice
St. Thomas, U.S.V.I.
    *For the Gilbert David,*

## <u>AMENDED ORDER[1]</u>

**GÓMEZ, J.**

    Before the Court is the Report and Recommendation of the Magistrate Judge recommending that the Court deny Gilbert David's motion to dismiss for lack of jurisdiction.

    Upon de novo review of the record, the Court agrees with

---

[1] The order entered on September 29, 2016, inadvertently omitted the *pro se* appearance of Chris Carty in the "Appearances" section of the order. That oversight is addressed in this amended order.

the Magistrate's Report and Recommendations.

The premises considered, it is hereby

**ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED**; it is further

**ORDERED** that Gilbert David's motion to dismiss docketed at ECF Number 36 is **DENIED**; and it is further

**ORDERED** that Gilbert David provide an appropriate response to Chris Carty's petition no later than 3:00 P.M. on October 31, 2016.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**